# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>    Remaining Debtors.<br><br>MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>    Plaintiff,<br><br>  v.<br><br>MAINSTAR TRUST, CUSTODIAN FOR THE BENEFIT OF LORIE GORMAN; LORIE GORMAN,<br><br>    Defendants. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>Jointly Administered<br><br><br><br><br><br><br><br>Adv. Pro. No. 19-50567 (BLS) |

## **MEDIATION STATUS REPORT**

In accordance with this Court's *Order Assigning Adversary Proceeding to Mediation and Appointing Mediator*, dated November 6, 2020, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected scheduled for completion.

The undersigned mediator expects that the mediation will be concluded no later than March 1, 2021 for the following reasons:

  __X__ A mediation session is scheduled to occur on **MARCH 1, 2021**.

  _____ A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

  _____ OTHER:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

37903164.1 01/04/2021

Dated: January 4, 2021

                                                  */s/ Lucian B. Murley*
                                                  Lucian B. Murley (DE Bar No. 4892)
                                                  **SAUL EWING ARNSTEIN & LEHR LLP**
                                                  1201 N. Market Street, Suite 2300
                                                  P.O. Box 1266
                                                  Wilmington, DE  19899
                                                  Telephone: (302) 421-6898
                                                  luke.murley@saul.com

cc:     Jason Pomerantz, Esq.
          Michael J. Joyce, Esq.